**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-13-0000726**
**13-AUG-2013**
**10:35 AM**

NO. CAAP-13-0000726

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

PAUL RICHARD CASSIDAY, Trustee under that certain
Trust Agreement made by Charlotte Harriet Lucas Cassiday
dated February 28, 1974 and TRACY P. ALLEN, Trustee of the
TRACY ALLEN TRUST dated April 1, 2008, Plaintiffs-Appellees,
v.
JOAN A. VANNATTA, Defendant-Appellant,
and
BANK OF HAWAI'I, a Domestic Profit Corporation,
Defendant-Appellee,
and
JOHN DOES 1-20, JANE DOES 1-20,
and DOE ENTITIES 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-1886-06)

ORDER GRANTING DEFENDANT-APPELLANT'S
JULY 31, 2013 MOTION TO DISMISS APPEAL WITHOUT PREJUDICE
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of Defendant-Appellant Joan A.
Vannatta's Motion to Dismiss Appeal Without Prejudice, filed
July 31, 2013, the papers in support, the record, and there being
no opposition,

IT IS HEREBY ORDERED that the motion to dismiss the appeal is granted and the appeal is dismissed. All pending motions are denied as moot.

DATED: Honolulu, Hawai'i, August 13, 2013.

Chief Judge

Associate Judge

Associate Judge